IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Chester County Sports Arena**<br>v.<br>**The Cincinnati Specialty Underwriters Insurance Company;** | No. 20-2021 |
| **Milkboy Center City LLC,**<br>individually and on behalf of all others similarly situated,<br>v.<br>**The Cincinnati Insurance Company et al;** | No. 20-2036 |
| **Cornerstone Warrington, Inc. et al**<br>v.<br>**The Cincinnati Insurance Company;** | No. 20-2398 |
| **Stone Soup, Inc.,**<br>individually and on behalf of all others similarly situated,<br>v.<br>**The Cincinnati Insurance Company** | No. 20-2614 |

## ORDER RE: DEFENDANT'S MOTIONS TO DISMISS

**Baylson, J.**                                                                                                                          **March 30, 2021**

For the reasons stated in the foregoing Memorandum, Defendant Cincinnati's Motions to Dismiss in the four above-captioned cases are hereby **GRANTED** with prejudice. The court **DENIES** all Plaintiffs leave to amend. The clerk of court shall **CLOSE** the case.

BY THE COURT:

s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**