# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1768

Chester County Sports Arena v. Cincinnati Insurance Co

(E.D. Pa. No.: 2-20-cv-02021)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 05, 2024
CJG/cc:  Laurence S. Berman, Esq.
 Richard M. Golomb, Esq.
 Kenneth J. Grunfeld, Esq.
 Arnold Levin, Esq.
 Daniel C. Levin, Esq.
 Frederick S. Longer, Esq.
 Lawrence M. Silverman, Esq.
 Mr. George V. Wylesol

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate